UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | ORDER FOR CONTINUANCE |
| v. : | |
| : | Hon. William H. Walls |
| MITCHELL KURLANDER and : | |
| ALAN ABESHAUS : | Crim. No. 11-cr-315 (WHW) |

An indictment charging the defendants Mitchell Kurlander and Alan Abeshaus with, among other offenses, conspiracy to commit mail fraud, in violation Title 18, United States Code, Section 1349, having been filed in this matter and the defendants having appeared before the Court for an initial appearance on June 6, 2011 and the Court having released the defendants on bail on that date; and the defendants being represented by William DeStefano, Esq. and Kevin Marino, Esq., respectively; and counsel being aware that the defendants have a right to a trial by jury within 70 days of their arraignment on the charges, pursuant to Title 18, United States Code, Section 3161(c)(1); and no continuances having previously been granted by the Court; the defendants hereby request a continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) so that the defendants can review the discovery to be made available by the government in this matter and so the parties can engage in plea negotiations to determine whether a plea agreement can be reached and thereby avoid a trial; the Government having agreed to this continuance; and for good cause shown;

IT IS on this __30__ day of __June__, 2011,

ORDERED that from the date of this Order, to and including August 17, 2011, shall be excluded in calculating the time within which this case must proceed to trial under the Speedy Trial Act for the following reasons:

1. The defendants, through their counsel, have requested additional time so that the parties can review the discovery and engage in plea negotiations.

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

HONORABLE WILLIAM H. WALLS
United States District Court Judge


SEEN AND AGREED:

_____
Eric T. Kanefsky
Assistant U.S. Attorney

_____
William DeStefano, Esq.
Counsel for MITCHELL KURLANDER

_____
Kevin Marino, Esq.
Counsel for ALAN ABESHAUS