UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :     Hon. William H. Walls

          v.                      :     Crim. No. 11-315

MITCHELL KURLANDER and            :     COMPLEX CASE ORDER
ALAN ABESHAUS


     This matter having been opened to the Court on the joint
application of the United States of America (Assistant U.S. Attorney
Eric T. Kanefsky appearing) and defendant Mitchell Kurlander (William
DeStefano, Esq. appearing) and defendant Alan Abeshaus (Kevin Marino,
Esq. appearing) for a complex-case order continuing the proceedings
and excluding time from computation under the Speedy Trial Act of
1974; and the charges being the result of a lengthy investigation and
the defendants needing sufficient time to review discovery, which
includes hundreds of boxes of documents, and to investigate the
charges and file motions in this case; and the Court having found, in
light of the above, that this case is so complex that it is
unreasonable to expect adequate preparation for pretrial proceedings
and for the trial itself within the time limits established by the
Speedy Trial Act of 1974; and the Court having found that an order
granting a continuance of the proceedings and excluding time from
calculation under the Speedy Trial Act of 1974 should be entered in
light of the case being complex, pursuant to 18 U.S.C. §
3161(h)(7)(B)(ii); that the ends of justice are served by granting
such a complex-case order; and for good cause shown,

It is on this _12_ day of _September_, 2011,

ORDERED that this matter is hereby designated as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii);

IT IS FURTHER ORDERED THAT the period of discovery in this matter shall be continued until December 1, 2011;

IT IS FURTHER ORDERED that a case management conference shall be held on _November 1_, 2011, at _10:00 am_;

IT IS FURTHER ORDERED that a motion schedule and/or a schedule for further proceedings will be set by the Court at that case management conference;

IT IS FURTHER ORDERED that the time period from the date of this order to the date of that case management conference shall be excluded from computing time under the Speedy Trial Act of 1974; and

IT IS FURTHER ORDERED that the remaining provisions of the Order for Discovery and Inspection shall remain in full force and effect.

HONORABLE WILLIAM H. WALLS
United States District Judge