NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES of America, | |
| v. | **ORDER** |
| | Crim. No. 11-315 (WHW) |
| Mitchell KURLANDER and Alan ABESHAUS, | |
| Defendants. | |

**Walls, Senior District Judge**

     Before this Court are Defendants Mitchell Kurlander and Alan Abeshaus's Motion to Suppress Electronically Stored and Paper Documents and Records Seized on or about May 7, 2007 ("Motion to Suppress") (ECF No. 23) and Defendant Alan Abeshaus's Motion to Dismiss the Indictment as Barred by the Statute of Limitations ("Motion to Dismiss") (ECF No. 25), joined by Defendant Kurlander (ECF No. 24). For the reasons set forth in the accompanying Opinion:

     It is, on this 14th day of June, 2012:

     ORDERED that Defendants' Motion to Suppress and Motion to Dismiss are DENIED.

     **s/ William H. Walls**

     United States Senior District Judge