## UNITED STATES DISTRICT COURT

District of New Jersey

Chambers of
**William H. Walls**
District Judge

Martin Luther King Jr.
Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

(973) 645-2564
(973) 645-3436 Fax

March 12, 2013

Kevin Marino, Esq.
Marino Tortorella & Boyle, PC
437 Southern Boulevard
Chatham, NJ 07928-1488

Re:   United States v. Kurlander, et al., 2:11-cr-315-WHW

Dear Mr. Marino:

Because of the tight scheduling of trials following Kurlander, I remain unable to grant your request for an adjournment of the trial to April 8, 2013. This case remains scheduled for trial before me on March 19, 2013.

Yours truly,

United States Senior District Judge

cc:  All Counsel of Record (via ECF)