NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **OPINION** |
| MITCHELL KURLANDER and ALAN ABESHAUS, | No. 2:11-cr-00315 (WHW) |
| Defendants. | |

**Walls, Senior District Judge**

Gerry and Patricia Dale ("Relators") move for reconsideration of this Court's order of June 10, 2014, denying their motion for intervention in the above-captioned criminal matter for the purpose of obtaining a relator's share of the criminal fines, restitution and/or forfeiture paid by Defendants. Relators' motion is denied.

In its opinion denying Relators' motion for intervention, ECF No. 67, this Court did not overlook any settled law. There has been no intervening change in the law, and no new evidence not previously available has emerged. Relators did not present anything in the motion for reconsideration that they did not present before—nothing is being said now that was not said then. As a result, this motion for reconsideration is denied. *See North River Ins. Co. v. CIGNA Reins. Co.*, 52 F.3d 1194, 1218 (3d Cir. 1995); *Max's Seafood Cafe ex rel. Lou-Ann v. Quinteros*, 176 F.3d 669, 677 (3d Cir. 1999); *Buffa v. N.J. State Dep't of Judiciary*, 56 Fed. App'x 571, 575 (3d Cir. 2003); *Gutierrez v. Ashcroft*, 289 F. Supp. 2d 555, 561 (D.N.J. 2003); Charles A. Wright, Arthur R. Miller & Mary Kay Kane, *Federal Practice and Procedure* § 2810.1 (3d ed. 2013).

**NOT FOR PUBLICATION**

## CONCLUSION

Relators' motion for reconsideration is denied. An appropriate order follows.

Date: July 22, 2014

/s/ **William H. Walls**
United States Senior District Judge
